**No. 40874.**—Protests 959088–G, etc., of G. E. Meissner Co. (New York).

Opinion by SULLIVAN, J. The sample consists of a small wooden noisemaker crudely shaped and colored to imitate the head and torso of a man with a red fez. On blowing into it a squeaking noise is emitted. It was stipulated that it is in chief value of wood. The presumption of correctness of the collector's action was not overcome by a preponderance of evidence. *Pearman* v. *United States* (12 Ct. Cust. Appls. 284, T. D. 40274) and *Fougera* v. *United States* (1 id. 146, T. D. 31208) cited. On the record presented the protests were overruled.

**No. 40875.**—Protest 976793–G of John Henschel & Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of runners in chief value of metal and that they are finished parts of mathematical instruments. The claim at 40 percent under paragraph 360 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 21, 1939

**No. 40876.**—Protests 498024–G, etc., of Artmart Linen Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40877.**—Protests 614215–G, etc., of Morton Sundour Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 21, 1939

**No. 40878.**—Protest 936615–G of Kwong Yuen & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and the metal stands at 45 percent under paragraph 397.